UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ESTELLA CURRY | * | CIVIL ACTION NO.: |
| | * | |
| VERSUS | * | SECTION: |
| | * | |
| VETERANS ADMINISTRATION HOSPITAL | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

**COME NOW** Plaintiff, Estella Curry, by and through undersigned counsel, who files this Complaint against the Defendant, THE UNITED STATES OF AMERICA, and in support thereof would show the following:

### JURISDICTION AND VENUE

1. This cause of action arises under the Federal Tort Claims Act (hereinafter referred to as the FTCA), Title 28, United States Code, Section 2671 *et seq.*

2. This Court has jurisdiction over the parties and the subject matter pursuant to Title 28, United States Code, Sections 1346(b) and 1402(b).

3. Defendant's complained of negligent acts and omissions occurred within the Parish of Orleans, State of Louisiana.

4. Pursuant to Title 28, United States Code, Section 2672, Plaintiff has submitted an administrative claim for the negligence encompassing the allegations contained herein to the Department of Veterans Affairs, Medical Center Director, Southeast Louisiana Veterans Health Care System, 1601 Perdido Street, New Orleans, Louisiana 70112 beginning on November, 2012 and continuing through the

1

present. This claim is submitted within two (2) years of the date of accident complained of herein and within 6 months of the date of the denial letter.

5. On November 14, 2014, as well as on prior occasions, Administrative Claims were filed by Ms. Estella Curry with the United States Department of Veterans Affairs. As of December 31, 2014, she was advised that she had 6 months from the date of that letter to file a claim. Accordingly, this claim is timely filed.

6. Venue is proper in the United States District Court for the Eastern District of Louisiana pursuant to Title 28, United States Code, Section 1402(b).

7. Service of process on the Defendant may be accomplished pursuant to Rule 4 of the Federal Rules of Civil Procedure.

## PARTIES TO ACTION

8. Plaintiff Estella Curry, a person of full age of majority, and a resident of St. Tammany, State of Louisiana.

9. The Southeast Louisiana Veterans Health Care System, employees and employed physicians and/or staff thereof, who were acting in the course and scope of their employment, at the time of the incident/treatment. The Southeast Louisiana Veterans Health Care System, an agency of the Department of Veterans Affairs, which is an agency of the Defendant, United States of America.

## FACTS

10. In 2012, petitioner was in a car accident and was sent to the Southeast Veterans Association Hospital in New Orleans, Louisiana due to bleeding fibroid. She was subsequently referred to North Oaks Hospital and in July of 2012, had a hysterectomy.

11. Petitioner submits that her ovaries re-grew, and a cyst formed on her right ovary, which should have been removed. It was later determined that the treating physician had converted, without permission to a partial hysterectomy. This surgery was performed at Tulane Lakeside Hospital.

12. In November 2012, the patient sought treatment and complained of thyroid pains.

13. In December 2012, she went to the VA Hospital in Alexandria after having experienced a thyroid storm. The treating physician claimed that her post traumatic stress disorder was causing the problems

14. After release, petitioner saw Dr. Dola, her primary care physician in Hammond in January 2013, due to continued thyroid problems. It is believed that Dr. Dola is also an employed physician with the Southeast Veterans Association.

15. The patient was scheduled to see Dr. Dola, but was treated by Nurse Torez, who claimed that petitioner had no thyroid problems, but did need to be admitted, involuntarily, to the Psych Ward at the VA Hospital in Shreveport, Louisiana.

16. Petitioner was transported, against her will, and was confined for eight (8) days in Shreveport and was finally released in January 2013. During her stay nothing was done to treat her thyroid.

17. In August 2013, petitioner finally saw Dr. Dola himself, instead of a nurse. Dr. Dola treated her for thyroid issues, and told her to lose weight.

18. At some point in time, the patient entered into a coma due to continued thyroid storms. She was sent to Lakeview Hospital and then to Greenbrier Hospital. Dr. Kahn at Greenbrier stated that her thyroid levels were off and that she had experienced a myxdema coma. He stated that this could have been prevented if

her thyroid issues had not been ignored by the staff and physicians of the VA Hospitals.

19. Petitioner was also treated in 2013 in Alexandria by Dr. Moldando. Petitioner complained of swollen thyroid and goita. She was confined for eight (8) days and discharged in August 2013.

20. After discharge, she returned home, and switched her primary care physician to a Dr. Germany.

21. In subsequent treatment, she was interviewed by a new psychiatrist in Hammond and the new doctor he spoke with Nurse Torez, who claimed to know the patient personally. The patient was told to follow up with Dr. Koyle and Dr. Germany.

22. Upon following up with Dr. Germany, he recognized a thyroid issue, and reviewed all of plaintiff's prior medical records. He ordered an ultrasound and recognized fibroid issues.

23. In May 2014, the patient had another thyroid episode and was treated at the VA Hospital in Atlanta, Georgia.

24. Petitioner submits that her thyroid has worsened, and this is due to the lack of treatment that she received and due to the fact that her symptoms were ignored.

25. The patient has now been referred to an ENT doctor who will be performing surgery to remove part or all of her thyroid. The patient has also been sent to Ochsner by the VA Hospital for treatment of her thyroid issues. It is believed that Dr. Anzalem is the ENT who will remove her thyroid.

26. The sole and proximate cause of Ms. Curry's injuries was the improper care and treatment provided by employed physicians and/or staff at the VA Hospital in New Orleans, Louisiana. Plaintiff submits that the staff breached the applicable standards of care, that plaintiff suffered damages, and that the breaches caused petitioners damages which are ongoing in nature.

27. As a result of the above facts, plaintiff Estella Curry has suffered physical pain, mental pain and anguish, permanent scarring and/or disfigurement, medical expenses, loss of use, loss of enjoyment of life, as well as any and all other damages which may be proven at trial. Petitioner continues to require medical attention, and her condition has not improved. Plaintiff claims that she is entitled to damages in a reasonable amount to be determined upon the trial of this cause.

## COUNT 1
## FEDERAL TORT CLAIMS ACT

Plaintiff realleges each and every allegation contained in paragraphs numbered 1 through 27 above, as if fully set forth herein.

22. If Defendant were a Louisiana Corporation and/or hospital, it would be liable to Plaintiff in accordance with the laws of the State of Louisiana.

23. Plaintiff is free from any act or acts of negligence contributing to the proximate cause of her complained injuries.

24. Defendant's complained of acts and omissions constitute negligence and/or medical malpractice, as set forth in the laws of the State of Louisiana and/or more specifically, the Louisiana Medical Malpractice Act.

**WHEREFORE,** Plaintiff prays that this Court award her damages in the amount of:

FIVE HUNDRED THOUSAND AND NO/100 DOLLARS ($500,000.00); which is the medical malpractice cap for general damages in Louisiana, as well as any and all medical expenses, including but not limited to future medical expenses, interest from the date of the filing of the original complaint forward, any and all costs, and any and all other additional relief as this Honorable Court should deem just and proper.

Respectfully Submitted:

/s/ J. Michael Daly, Jr.
J. Michael Daly, Jr., Bar No. 19539
John D. Sileo, Bar No. 17797
Walker Daly, LLP
3939 North Causeway Blvd., Ste. 200
Metairie, Louisiana 70002
Telephone: (504) 846-5700
Facsimile: (504) 846-5722

**PLEASE SERVE:**

**Attorney General of United States at Washington DC**
**U.S. Department of Justice**
**950 Pennsylvania Ave, NW**
**Washington, DC 20530**

**United States Attorney for Louisiana**
**Dana Boente**
**210 Hale Boggs Federal Building**
**500 Poydras Street**
**New Orleans, Louisiana 70130**